IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM EDWARD PAXON, III,**<br>Plaintiff,<br><br>v.<br><br>**DR. MARSH, THE DISTRICT ATTORNEY OF THE COUNTY OF BUCKS, AND THE ATTORNEY GENERAL OF THE STATE OF JOSH SHAPIRO,**<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 20-772 |

## O R D E R

**AND NOW**, this 24th day of September  day of 2020, the petitioner having filed requests seeking an extension of time to object to the Report and Recommendation (ECF#10 and #11), that extension having been granted and a new date to file objections having been set for September 18, 2020, and the petitioner having not filed any objections by September 18, 2020, upon careful and independent consideration of the petition for writ of habeas corpus, review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The petition for a writ of habeas corpus is **DENIED AS UNTIMELY**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**